UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :

KRISTINA MARIA URDAZ,

                      Plaintiff,

                    21-CV-1240 (JMF)

          -v-

                    ORDER

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated February 12, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on May 11, 2021. *See* ECF No. 11. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **one week from today**.

       SO ORDERED.

Dated: May 26, 2021
       New York, New York

                                                        JESSE M. FURMAN
                                                    United States District Judge