

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

July 12, 2021

By CM/ECF

Honorable Sara L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Commissioner's request (ECF No. 17) for a 30-day extension of time to file the certified administrative record ("CAR") is GRANTED. The Commissioner shall file the CAR by **August 16, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 17.
>
> SO ORDERED    7/13/2021
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Urdaz v. Comm'r of Soc. Sec.*, 1:21-cv-01240-SLC

Dear Judge Cave:

This Office represents the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner denying Plaintiff's application for benefits. Pursuant to the Court's Order dated May 13, 2021 (CM/ECF No. 13), the Commissioner is to file a certified administrative record (CAR) by July 16, 2021. The undersigned respectfully requests a 30-day extension of this deadline to August 16, 2021, to file the CAR.

This is the Commissioner's second request for an extension of the deadline to file this CAR. The extension is necessary because teleworking and other temporary workplace changes since mid-March 2020 due to the COVID-19 pandemic continue to significantly impact the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affect its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors (transcription vendors). *See generally* June 14, 2021 Declaration by Executive OAO Director Jebby Rasputnis (Decl.) (attached). Over the past year, OAO has redesigned its business process to allow for a virtual CAR preparation process, and has worked and continues to work to expand and improve this process, particularly in order to accommodate the increased number of new court cases. *See* Decl. ¶¶ 2-6. After months of piloting new processes, updating vendor agreements, and making staffing changes, OAO continues to work towards increasing its productivity of the transcriptions of the hearing recordings in several respects. *See* Decl. ¶ 2. First, it is providing transcription vendors with direct access to the hearing recordings. *See* Decl. ¶ 2. Second, OAO secured additional transcription vendor capacity, and is continuing to seek additional capacity. *See* Decl. ¶ 2. Third, OAO increased its own participation in the transcription process by establishing an in-house transcription cadre, hiring and transferring additional staff, improving technology, and working with agency closed captioners to assist with transcription. *See* Decl. ¶ 2. These changes have enabled OAO to increase its CAR production. For instance, OAO is averaging production